UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 01-660-WDK: United States v. Rojas | Date | March 31, 2008 |
|---|---|---|---|

| Present: The Honorable | WILLIAM D. KELLER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Patricia Gomez | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Hugo Rojas | Not | | | Dean R. Gits, DFPD | Not | | X |

**Proceedings:** (IN CHAMBERS) Order re: Defendant's Motion to Terminate Supervised Release Violation Proceedings Due to Lack of Jurisdiction

Before the Court is defendant Hugo Rojas's motion to terminate pending supervised release proceedings due to lack of jurisdiction. The Court has reviewed the pleadings and agrees with the reasoning in <u>United States v. Regen</u>, 2008 WL 724096 (C.D. Cal. Mar. 14, 2008). <u>See also</u> <u>United States v. Miller</u>, 2007 WL 4261929 (D. Idaho 2007); <u>Rivera v. Clark</u>, 2008 WL 340653 (N.D. Cal. Feb. 5, 2008). Therefore, the defendant's motion is DENIED.

The matter is reset for a supervised released hearing on April 21, 2008 at 1:00 p.m.

IT IS SO ORDERED.

|   | 0 | : | 0 |
|---|---|---|---|
|   | Initials of Deputy Clerk | | |

cc: